UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIUS D. SLOAN,

    Plaintiff,

v.                                      Case No.  8:09-cv-2609-T-30TGW

J. THOMAS McGRADY, Judge, in his
judicial capacity at the Sixth Judicial
Circuit, Pinellas County, Florida,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas G. Wilson (Dkt. #5) and Plaintiff's Objections thereto (Dkt. #12).

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent review of the record, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Plaintiff's Amended Complaint (Dkt. #11) was filed after the entry of the Report and Recommendation and without leave.  Therefore, the Amended Complaint is moot.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. #5) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The Motion to Proceed In Forma Pauperis (Dkt. #2) and the Amended Motion to Proceed In Forma Pauperis (Dkt. #3) are **DENIED**.

3. Plaintiff's Complaint (Dkt. 1) is **DISMISSED**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 16, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Odd\2009\09-cv-2609.adopt R&R.frm